# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 2:08-cr-090 EJG
)
MICHELLE BECI )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.
Name of Detainee: **MICHELLE BECI**

Detained at (custodian): **Valley State Prison for Women**

Detainee is: a.) ☒ charged in this district by:
      ☒ Indictment  ☐ Information  ☐ Complaint
      Charging Detainee With: **Conspiracy to Commit Mail Fraud, Mail Fraud, and Conspiracy to Launder Money**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

    Signature: /s/ SAMANTHA S. SPANGLER
    Printed Name & Phone No: **Samantha S. Spangler, (916)554-2792**
    **916-554-2792**
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

9/28/10                 [signature]
Date                 United States District/~~Magistrate~~ Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male ☐ Female ☒ |
| Booking or CDC #: | CDC # WA3848 | DOB: |
| Facility Address: | 21633 avenue 24 | Race: |
| | chowchilla, CA 93610 | FBI #: |
| Facility Phone: | | |
| Currently Incarcerated For: | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____
                (Signature)

Form Crim-48                                 Revised 11/19/97