UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

            **RE:** **Michelle BECI**
                 **Docket Number: 2:08CR00090-08**
                 **CONTINUANCE OF JUDGMENT**
                 **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 29, 2011 to August 12, 2011 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Probation Officer's presentence investigation caseload volume.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                          Respectfully submitted,

                                          **THOMAS H. BROWN**
                                          **Senior United States Probation Officer**

**REVIEWED BY:** _____
                                **JEFFREY C. OESTREICHER**
                                **Supervising United States Probation Officer**

Dated:      June 17, 2011
             Sacramento, California
             THB:thb

RE:   2:08CR00090-08
      Docket Number:   Michelle BECI
      **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      David D. Fischer, Attorney at Law

✓ Approved

_____ Disapproved

EDWARD J. GARCIA
Senior United States District Judge

Date: 6/20/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:  2:08CR00090-08 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Michelle BECI | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/12/2011 @ 10 a.m. |
| Reply, or Statement of Non-Opposition: | 08/05/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/29/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/22/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/15/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/01/2011 |